UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JARED FISHMAN,
2703 O St. NW,
Washington, DC 20007

    *Plaintiff*,

  v.

DISTRICT OF COLUMBIA,
400 6th St. N.W.
Washington, D.C. 20001

PATRICK LOFTUS,
300 Indiana Avenue N.W.
Washington, D.C. 20001

MARCK JAEGER,
300 Indiana Avenue N.W.
Washington, D.C. 20001

JEREMY BRADY,
300 Indiana Avenue N.W.
Washington, D.C. 20001

MICHAEL TONG,
300 Indiana Avenue N.W.
Washington, D.C. 20001

CHRISTOPHER TODARO,
300 Indiana Avenue N.W.
Washington, D.C. 20001

*Et al.*,

    *Defendants*.

1:21-cv-01847-RJL

## DEFENDANTS' MOTION TO DISMISS

Defendants the District of Columbia, Lt. Patrick Loftus, Officer Marck Jaeger, Officer Jeremy Brady, Officer Michael Tong, and Officer Christopher Todaro move to dismiss

Plaintiff's Amended Complaint [18] in its entirety and with prejudice.  Plaintiff's Amended Complaint fails to state a claim upon which relief can be granted.  A Memorandum of Points and Authorities in Support of this Motion and a proposed form of Order are enclosed.

September 21, 2021

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Michael K. Addo*
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division Section IV

/s/ *Benjamin E. Bryant*
BENJAMIN E. BRYANT [1047632]
Assistant Attorney General
Civil Litigation Division Section IV
400 6th St. N.W.
Washington, D.C. 20001
202-717-1269 (phone)
202-730-0624 (fax)
benjamin.bryant@dc.gov

Counsel for Defendants