UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JARED FISHMAN,
2703 O St. NW,
Washington, DC 20007

    *Plaintiff*,

  v.

DISTRICT OF COLUMBIA,
400 6th St. N.W.
Washington, D.C. 20001

PATRICK LOFTUS,
300 Indiana Avenue N.W.
Washington, D.C. 20001

MARCK JAEGER,
300 Indiana Avenue N.W.
Washington, D.C. 20001

JEREMY BRADY,
300 Indiana Avenue N.W.
Washington, D.C. 20001

MICHAEL TONG,
300 Indiana Avenue N.W.
Washington, D.C. 20001

CHRISTOPHER TODARO,
300 Indiana Avenue N.W.
Washington, D.C. 20001

*et al.*,

    *Defendants.*

1:21-cv-01847-RJL

## **NOTICE OF APPEARANCE**

    The Clerk of the Court will please withdraw the appearance of Benjamin Bryant, and

substitute the appearance of Michael K. Addo, on behalf of the District of Columbia and

Defendants Loftus, Jaeger, Brady, Tong and Todaro.

October 11, 2022                     Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/Michael K. Addo*
MICHAEL K. ADDO
Chief, Civil Litigation Division Section IV
400 6th St. N.W.
Washington, D.C. 20001
202-724-6539 (direct)
202-741-0585 (fax)
michael.addo@dc.gov

*Counsel for Defendant District of Columbia*