UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JARED FISHMAN,<br><br>    Plaintiff<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, and<br>LIEUTENANT PATRICK LOFTUS,<br>OFFICER MARCK JAEGER,<br>OFFICER JEREMY BRADY,<br>OFFICER MICHAEL TONG, and<br>OFFICER CHRISTOPHER TODARO,<br>of the Metropolitan Police Department<br><br>    Defendants | Civil Case No. 21-1847 (RJL) |

**ORDER**
February 2, 2023 [Dkt. # 22]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that Defendants' Motion to Dismiss [Dkt. # 22] is **GRANTED** as to Counts I, II, V, VII, and VIII; it is further;

**ORDERED** that Defendants' Motion to Dismiss [Dkt. # 22] is **DENIED** as to Counts III, IV, and VI.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge