**Exhibit A**

**Defendant Officer Todaro's Opposition to
Plaintiff's Partial Motion for Summary Judgment**

```
 1                UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLUMBIA

 3  _____

 4  JARED FISHMAN,

 5         Plaintiff,

 6     v.                            Case No:

 7  DISTRICT OF COLUMBIA,            1:21-cv-01847-RJL

 8  PATRICK LOFTUS, MARCK JAEGER,

 9  JEREMY BRADY, MICHAEL TONG, &

10  CHRISTOPHER TODARO,

11         Defendants.

12  _____

13                    VIDEOTAPED DEPOSITION

14  _____

15

16  WITNESS:            MICHAEL TONG

17  DATE:               Wednesday, August 16, 2023

18  START TIME:         11:31 a.m., ET

19  END TIME:           2:33 p.m., ET

20  REMOTE LOCATION:    Remote Legal platform

21  REPORTER:           Shenay Crawford, CDR-1966

22  JOB NO.:            18111

23

24

25
```

```
 1                CERTIFICATE OF REPORTER

 2

 3            I, Shenay Crawford, hereby certify:

 4            That the foregoing proceedings were taken

 5   before me at the time and place therein set forth;

 6            That the proceedings were recorded by me and

 7   thereafter formatted into a full, true, and correct

 8   transcript of same;

 9            I further certify that I am neither counsel

10   for nor related to any parties to said action, nor in

11   any way interested in the outcome thereof.

12

13            DATED, this 1st day of September 2023.

14

15

16            _____

17                Shenay Crawford, CDR-1966

18                Court Reporter

19

20

21

22

23

24

25
```

```
 1         Q    Yeah.  So at this moment, when I stopped the
 2   video at minute 5 and second 26, when you arrived at the
 3   front door of Mr. Fishman's house, what crimes, if any,
 4   did you believe you had reasonable suspicion of at that
 5   moment?
 6         A    So at that moment, Officer -- it should be --
 7   it's helpful to -- to note that Officer Jaeger went over
 8   the air prior to that, and this is captured on body-worn
 9   camera, as well, that he had the vehicle and the suspect
10   did match the lookout from the suspected kidnapping.
11         Q    So you had reasonable suspicion of kidnapping
12   at that point?
13         A    So that -- correct.  That -- that is the crime
14   at hand -- suspected kidnapping of juvenile, and Mr.
15   Jared Fishman was the, in this case, apparent suspect in
16   that -- in that crime.
17         Q    So just -- so just apply -- clarify your
18   earlier answer where you said primarily.
19              I think the correct testimony -- and please
20   correct me if this is not right, is that the crime of --
21   kidnapping was the exclusive crime that you were
22   investigating at that point?
23         A    I don't know.  I don't understand the question
24   that it was the only crime being investigated.  The call
25   for service was for a suspected kidnapping of juvenile
```

```
 1   go back.
 2             Where is the notebook now?
 3       A    The -- the notebook is preserved.  It's --
 4   it's not going anywhere.
 5       Q    Do you know where it is?
 6       A    Yes, I do know where it is.
 7             MR. GERSTEIN:  Okay.  Okay.  I am going
 8   to play the tape for, I believe, about one minute.
 9       (Video playback.)
10             MR. GERSTEIN:  Let me just play a little
11   bit more, excuse me.  Okay.  I've stopped at minute 11,
12   second 10.
13   BY MR. GERSTEIN:
14       Q    Mr. Fishman has just explained what happened
15   that morning in response to your question, "What
16   happened in the last hour or so."
17             At this point, what crimes, if any, did you
18   believe you had reasonable suspicion of?
19       A    Again, Mr. Fishman is still being investigated
20   for the suspected kidnapping of juvenile.
21       Q    And you believed at this point that you had
22   reasonable suspicion of suspected kidnapping of
23   juvenile?
24       A    Yes.  Even though Jared Fishman provided his
25   account, we're still investigating it and had not
```

```
 1   conferred with any other officer
 2        Q    At that point, whose kids do you think those
 3   two children in the doorway were?
 4        A    At that point?  I don't know.
 5        Q    You did not think they were Jared Fishman's
 6   kids?
 7        A    I have no idea to -- so I couldn't -- could
 8   not -- could not confirm or deny whether they were --
 9   those were his kids.
10        Q    It's your testimony today that you had no idea
11   whose children those were?
12        A    Correct.  I had no idea who -- whose kids they
13   were.  I cannot confirm or deny whether they were his
14   kids or not, based on this point in time in the video.
15             MR. GERSTEIN:  I am going to play a
16   little less than two more minutes.  Although -- just so
17   we can save time, so I don't have to go back.  Let's --
18   it's 12:35.
19             Just for everyone's information, we
20   probably don't have very much to go.  So unless anyone's
21   particularly hungry, I was hoping we could just power
22   through what otherwise probably would be a lunch break.
23   But I'm perfectly happy to take a lunch break, if you'd
24   prefer -- if either Counsel or Officer Tong would
25   prefer.
```