**Exhibit B**

**Defendant Officer Todaro's Opposition to
Plaintiff's Partial Motion for Summary Judgment**

```
 1                  UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLUMBIA

 3   _____

 4   JARED FISHMAN,

 5          Plaintiff,

 6      v.                                Case No:

 7   DISTRICT OF COLUMBIA,                1:21-cv-01847-RJL

 8   PATRICK LOFTUS, MARCK JAEGER,

 9   JEREMY BRADY, MICHAEL TONG, &

10   CHRISTOPHER TODARO,

11          Defendants.

12   _____

13                    VIDEOTAPED DEPOSITION

14   _____

15

16   WITNESS:            JEREMY BRADY

17   DATE:               Thursday, August 17th, 2023

18   START TIME:         12:05 p.m., ET

19   END TIME:           2:55 p.m., ET

20   REMOTE LOCATION:    Remote Legal platform

21   REPORTER:           Shenay Crawford, CDR-1966

22   JOB NO.:            18141

23

24

25
```

1       CERTIFICATE OF REPORTER

2

3       I, Shenay Crawford, hereby certify:

4       That the foregoing proceedings were taken

5  before me at the time and place therein set forth;

6       That the proceedings were recorded by me and

7  thereafter formatted into a full, true, and correct

8  transcript of same;

9       I further certify that I am neither counsel

10 for nor related to any parties to said action, nor in

11 any way interested in the outcome thereof.

12

13       DATED, this 5th day of September, 2023.

14

15

16       _____

17       Shenay Crawford, CER-1966

18       Certified Electronic Reporter

19

20

21

22

23

24

25

```
 1   allegations, he has to be kept in cuffs at that point?
 2        A    Because of the allegations and also he did try
 3   to flee from the officers when they tried to stop him.
 4        Q    Okay.  But you don't say that in the videos?
 5        A    I don't say that in the videos, and there was
 6   no reason for me to make more of an accusation, it'd
 7   seem, to his wife at the moment.  See, we're starting to
 8   -- to be able to communicate.
 9        Q    Right.  Okay.  At this point, you still -- do
10   you still have reasonable suspicion for both kidnapping
11   and child abuse?
12        A    Yes.
13        Q    All right.  And at this point, do you believe
14   that she is the children's mother and he is their
15   father?
16        A    Yes.
17        Q    Okay.  And that they're both the biological
18   parents?
19        A    They're both the likely custodial parents.
20   Yes.
21        Q    Okay.  Great.  Okay.  And in your view, when
22   can he be taken out of the handcuffs?
23        A    Once we have determined that no crime has
24   occurred and there's no risk of somebody getting harmed
25   or -- or a flight.  Until that's happened.
```