**Exhibit C**

**Defendant Officer Todaro's Opposition to
Plaintiff's Partial Motion for Summary Judgment**

```
 1                UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLUMBIA

 3   _____

 4   JARED FISHMAN,

 5            Plaintiff,

 6      v.                                Case No:

 7   DISTRICT OF COLUMBIA,                1:21-cv-01847-RJL

 8   PATRICK LOFTUS, MARCK JAEGER,

 9   JEREMY BRADY, MICHAEL TONG, &

10   CHRISTOPHER TODARO,

11            Defendants.

12   _____

13                    VIDEOTAPED DEPOSITION

14   _____

15

16   WITNESS:           MARCK JAEGER

17   DATE:              Monday, August 28th, 2023

18   START TIME:        1:44 p.m., ET

19   END TIME:          4:21 p.m., ET

20   REMOTE LOCATION:   Remote Legal platform

21   REPORTER:          Shenay Crawford, CDR-1966

22   JOB NO.:           18135

23

24

25
```

Remote Legal Court Reporting
646.461.3400   info@remotelegal.com

1      CERTIFICATE OF REPORTER

2

3            I, Shenay Crawford, hereby certify:

4            That the foregoing proceedings were taken

5   before me at the time and place therein set forth;

6            That the proceedings were recorded by me and

7   thereafter formatted into a full, true, and correct

8   transcript of same;

9            I further certify that I am neither counsel

10  for nor related to any parties to said action, nor in

11  any way interested in the outcome thereof.

12

13           DATED this 13th day of September, 2023.

14

15

16          _____

17            Shenay Crawford, CDR-1966

18            Court Reporter

19

20

21

22

23

24

25

1   where they go over general orders and standard practices
2   for calls.
3       Q   Thank you.  And on February 17th, 2020, what
4   crime did you have reasonable suspicion to believe had
5   occurred as it related to Mr. Fishman?
6       A   We received -- received the call for
7   kidnapping.
8       Q   Right.  Thank you.  So the crime that you were
9   investigating was -- what kind of crimes were you
10  investigating on that day?
11      A   The radio sign was for kidnapping; so we're
12  investigating a kidnapping.
13      Q   Thank you.  Right.  And on February 17th,
14  2020, what experience had you had with kidnapping cases?
15      A   I'd been assigned to a -- the Georgetown area
16  at that point for a few -- for a few years, at that
17  point.  It's not a frequent call I would say, but it --
18  it happens more frequently than, I guess, someone would
19  like to think.
20      Q   So you had had experience with kidnapping
21  calls at that point?
22      A   Yes.
23      Q   Can you tell me about those experiences?
24      A   I had a person try to kidnap a little girl;
25  she was able to fight them off.  And we interviewed her,

```
 1                  MS. MULLEN:  Well, the first question
 2   should be, did you hear what the older girl is saying?
 3   BY MS. GERRICK:
 4       Q   Can you describe what you hear, what the older
 5   girl is saying at this point?
 6       A   At the time when -- during this -- all I heard
 7   was kind of yelling.  I couldn't say.
 8       Q   Okay.  You didn't hear anything that she said?
 9       A   Yeah.  If you replay the video, I'll tell you
10   exactly what she says, but.
11       Q   But at the time you didn't hear her say
12   anything?
13       A   I heard -- I heard yelling.
14       Q   Great.  And did you, at this point, have any
15   belief as to what the girls -- why the girls were
16   yelling?
17       A   No.
18       Q   Okay.  Thank you.  And at this point, what
19   relation did you think that the girls had to the man, if
20   any?
21       A   At this point, I wasn't sure.
22       Q   Thank you.  And at this point, what crime or
23   crimes did you have reasonable suspicion of?
24       A   We were still investigating a kidnapping.  And
25   if nothing else, this -- there's a lot of yelling.
```

1   There's -- there's people there.  We knew it would lead
2   to a family disturbance, possible domestic violence
3   situation going on.  We still have other officers that
4   are interviewing -- the actual callers at this time.  So
5   it -- so there's a lot going on.
6       Q    Can you say more about the domestic violence,
7   what would -- what gave you reasonable suspicion of
8   domestic violence, if anything?
9       A    Well, even if it is a possible parental
10  kidnapping, there's -- there's -- there's a lot of
11  evidence that abusers will lie for their -- people who
12  are abused will lie to keep their abusers out of
13  trouble.  So we still need to -- we're still doing an
14  investigation at this point.
15      Q    Okay.  And so did you have reasonable
16  suspicion of kidnapping and another crime or just of
17  kidnapping at this point?
18               MS. MULLEN:  Well, objection.
19               Asked and answered.
20               MS. GERRICK:  I'm not sure what you --
21               THE WITNESS:  I mean, at this point,
22  we're investigating multiple things.
23  BY MS. GERRICK:
24      Q    Okay.  And that would include domestic
25  violence and child abuse in addition to kidnapping?