**Exhibit D**

**Defendant Officer Todaro's Opposition to
Plaintiff's Partial Motion for Summary Judgment**

```
 1                UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLUMBIA

 3  _____

 4  JARED FISHMAN,

 5         Plaintiff,

 6      v.                              Case No:

 7  DISTRICT OF COLUMBIA,               1:21-cv-01847-RJL

 8  PATRICK LOFTUS, MARCK

 9  JAEGER, JEREMY BRADY,

10  MICHAEL TONG,

11  & CHRISTOPHER TODARO,

12         Defendants.

13  _____

14                    VIDEOTAPED DEPOSITION

15  _____

16

17  WITNESS:            JABARI WELCH

18  DATE:               Wednesday, September 20, 2023

19  START TIME:         10:07 a.m., ET

20  END TIME:           2:14 p.m., ET

21  REMOTE LOCATION:    Remote Legal platform

22  REPORTER:           Kimberly Costanza, CDR-1835

23  JOB NO.:            19548

24

25
```

```
 1                  CERTIFICATE OF REPORTER

 2

 3            I, Kimberly Costanza, hereby certify:

 4            That the foregoing proceedings were taken

 5   before me at the time and place therein set forth;

 6            That the proceedings were recorded by me and

 7   thereafter formatted into a full, true, and correct

 8   transcript of same;

 9            I further certify that I am neither counsel

10   for nor related to any parties to said action, nor in

11   any way interested in the outcome thereof.

12

13            DATED, this 10th day of September, 2023.

14

15

16                     _____

17                     Kimberly Costanza, CDR-1835

18                     Court Reporter

19

20

21

22

23

24

25
```

1  order.

2      Q   Okay.  I have one more question about Terry

3  stops and reasonable suspicion.  We've talked about

4  these principles, sort of, generally.  At any point on

5  February 17th, 2020, what crime or crimes did you have

6  reasonable suspicion to believe had occurred?  So in

7  other words, you know, for the -- for the entirety of

8  the -- of the incident, what are -- could you -- could

9  you list the crime or crimes that you believed you had

10 reasonable suspicion of?

11     A   A kidnapping of a juvenile.

12     Q   Okay.  A kidnapping, that's the -- that's the

13 list for the -- for the entirety of the incident?

14     A   That was -- the call for service was a

15 kidnapping.

16     Q   Okay.  Thank you.

17             MR. ROSEN:  I would like to introduce

18 Exhibit A.  Let's see if I can do this properly.  Okay.

19 Can everyone see the exhibit I just shared?

20             MS. TORRES:  Yes.

21             THE WITNESS:  Yes.

22             MR. ROSEN:  Okay.  Great.

23             If this could be marked as Exhibit A,

24 please?

25             THE REPORTER:  Okay.  Exhibit has been

```
 1                   MR. ROSEN:  Okay.  So I am going to go
 2   back.  I believe we were at 00:08:42.  Can everyone now
 3   see the same exhibit?  Okay.  Great.  I'm going to keep
 4   playing.  We're at 00:08:42.
 5       (Video played.)
 6   BY MR. ROSEN:
 7       Q    Sergeant Welch, at this point, having just had
 8   this exchange with Officer Tong, what crime or crimes do
 9   you have reasonable suspicion of?
10       A    The crime that we -- that we responded to or
11   with the information that was provided?
12       Q    I guess I mean, at this point, Mr. Fishman is
13   still stopped.  He's in -- he's in handcuffs.  You and
14   your colleagues are conducting a Terry stop.  What is
15   the crime or crime that you have reasonable suspicion of
16   that justifies the continuation of this stop at this
17   moment?
18       A    So we were still actively investigating.  And
19   now we also know that we have a domestic situation here.
20   And here in the District, we take domestics very
21   seriously.  So we were still actively investigating.
22       Q    And can you say what you mean by a domestic
23   situation?
24       A    So -- or an intra-family -- an intra-family
25   incident or offense.  This would be considered an intra-
```

1   family offense, where you have family members that are
2   related to each other.  So we were still actively
3   investigating, as we typically do with intra-family
4   offenses.
5       Q   Okay. That's helpful.  Thank you.  What --
6   what is the -- what is the possible intra-family offense
7   --
8       A   Yes.
9       Q   -- that you're investigating?
10      A   Right.  Well, this is intra-family, so we were
11  still investigating a kidnapping.  But just -- just
12  because -- we were -- we were still investigating a
13  kidnapping that was reported to us.
14          Mr. Fishman, he advised the events that
15  occurred.  I mean, we were just still actively
16  investigating.  We were able to ascertain what happened
17  from him.  Officer Brady was interviewing -- or was
18  speaking to the -- the mom, but we were still actively
19  investigating at this time.
20      Q   So your -- is it fair to say that your
21  characterization of this as intra-family means that
22  everyone who's possibly involved in the offense is in
23  the same family?  Everyone is part of one family?
24      A   I wouldn't say a part of one family, but if
25  they are related, as -- as Mr. Fishman advised, we have