UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JARED FISHMAN,

    *Plaintiff*,

v.

DISTRICT OF COLUMBIA,
PATRICK LOFTUS, MARCK JAEGER,
JEREMY BRADY, MICHAEL TONG, &
CHRISTOPHER TODARO,

    *Defendants*.

1:21-cv-01847-RJL

## ORDER

Upon consideration of Plaintiff's Motion for Partial Summary Judgment, Defendant Officer Christopher Todaro's Opposition, and the entire record, it is ORDERED on this \_\_\_\_\_ day of _____, 20\_\_\_ that Plaintiff's Motion is DENIED.

_____
Richard J. Leon
United States District Court Judge