# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JARED FISHMAN, *Plaintiff*, v. DISTRICT OF COLUMBIA, PATRICK LOFTUS, MARCK JAEGER, JEREMY BRADY, MICHAEL TONG, & CHRISTOPHER TODARO, *Defendants*. | 1:21-cv-01847-RJL |

## NOTICE OF FILING OF EXHIBIT

Pursuant to Local Civil Rule 5.4(e), I hereby notice the Court that Exhibits 1-8 and 17 to Defendants' Motion for Summary Judgment, which are body-worn camera videos, 9-1-1 call recording, and surveillance video, exist in formats incompatible with filing through the Court's ECF filing The exhibits will be hand-delivered to the Court on January 11, 2024. Because these media files contain the images and identities of minor children and other personally identifying information, Defendants request that these exhibits remain out of the public record.

January 10, 2024                                      Respectfully submitted,

                                                      BRIAN L. SCHWALB
                                                      Attorney General for the District of Columbia

                                                      STEPHANIE E. LITOS
                                                      Deputy Attorney General
                                                      Civil Litigation Division

                                                      */s/ Chad Copeland*
                                                      CHAD COPELAND [982119]
                                                      Assistant Deputy Attorney General
                                                      Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General
Civil Litigation Division

*/s/ Martha J. Mullen*
MARTHA J. MULLEN [419036]
Senior Assistant Attorney General
AMANDA L. TORRES [1562702]
Assistant Attorney General
400 Sixth Street, NW
Washington, DC 20001
202-724-6612
202-735-7390
martha.mullen@dc.gov
amanda.torres@dc.gov

*Counsel for Defendants*