**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 10**

Page 1

1  UNITED STATES DISTRICT COURT
2     FOR THE DISTRICT OF COLUMBIA
3  _____
4  JARED FISHMAN,
5       Plaintiff,
6     v.          Case No:
7  DISTRICT OF COLUMBIA,      1:21-cv-01847-RJL
8  PATRICK LOFTUS, MARCK JAEGER,
9  JEREMY BRADY, MICHAEL TONG, &
10 CHRISTOPHER TODARO,
11      Defendants.
12 _____
13     VIDEOTAPED DEPOSITION
14 _____
15
16 WITNESS:    JEREMY BRADY
17 DATE:       Thursday, August 17th, 2023
18 START TIME: 12:05 p.m., ET
19 END TIME:   2:55 p.m., ET
20 REMOTE LOCATION:   Remote Legal platform
21 REPORTER:   Shenay Crawford, CDR-1966
22 JOB NO.:    18141

Page 2

1          A P P E A R A N C E S
2
3  GERSTEIN HARROW LLP
4  810 7th Street Northeast, Suite 301
5  Washington, District of Columbia 20002
6  By:  EMILY GERRICK, ESQUIRE
7       JASON HARROW, ESQUIRE
8       SAMUEL ROSEN, ESQUIRE
9       emily@gerstein-harrow.com
10      jason@gerstein-harrow.com
11      sam@gerstein-harrow.com
12 Appearing for Plaintiff
13
14 DISTRICT OF COLUMBIA ATTORNEY OFFICE
15 400 Sixth Street Northwest
16 Washington, District of Columbia 20001
17 By:  MARTHA J. MULLEN, ESQUIRE
18      martha.mullen@dc.gov
19 Appearing for Defendants
20
21 ALSO PRESENT:
22   KIMBERLY JONES, RON Notary Public
23   PRAE SUWANNIROJ, Paralegal, D.C. Attorney Office

Page 3

1       INDEX OF TESTIMONY
2
3  EXAMINATION OF JEREMY BRADY:        PAGE
4    By Ms. Gerrick               7

Page 4

1       INDEX OF EXHIBITS
2       (available for download)
3
4  EXHIBIT   DESCRIPTION                PAGE
5  A    3/2/2007 General Order on Handling    22
6       Kidnapping/Extortion Cases
7  B    6/4/2018 General Order on Welfare Checks  23
8  C    11/18/2020 General Order on Child Abuse   29
9       and Neglect
10 D    Officer Brady's Body Worn Camera     36
11      Video Footage
12 E    03/19/2020 Final Investigative Report Memo  91

Page 41

1  Q   Great. And so then you tell the little girl
2  that it's going to be okay and you're going to explain
3  everything to her. What were you planning to explain?
4  Right. What would you say?
5            MS. MULLEN: Are you moving on with the
6  video, or --
7            MS. GERRICK: I think that -- I think
8  that he said it -- I think he's already said that at
9  this point in the video, but let's rewind a little bit
10 and --
11           (Video Exhibit Played.)
12 BY MS. GERRICK:
13 Q   Yeah. Did you -- you -- that was you saying,
14 we're going to explain everything to you; is that
15 correct?
16 A   Yes.
17 Q   Okay. What were you -- do you remember what
18 you were planning to say to her, what you were going to
19 explain?
20 A   So my goal at that moment was de-escalation,
21 trying to bring some more calm to somebody that was
22 extremely stressed.
23 Q   Uh-huh?
24 A   That's my answer.
25 Q   Okay. Were you going to -- what were you --

Page 42

1  were you going to explain things to her, or were you
2  just saying that to deescalate the situation?
3  A   Sure. I was definitely going to explain what
4  I was able to, but I needed -- I didn't have anything I
5  could explain right at that second.
6  Q   Right.
7  A   It takes a little bit of time to -- to
8  formulate that.
9  Q   Okay. Thank you.
10 (Video Exhibit Played.)
11 BY MS. GERRICK:
12 Q   All right. And so at this point in the video,
13 Mr. Fishman, does it look like -- does it look like he
14 is comforting the girl as he tells her to go back
15 inside?
16           MS. MULLEN: Objection as to form.
17 You're asking him if -- looking at this image, whether
18 it looks like the father is comforting the little girl?
19           MS. GERRICK: Yes.
20 BY MS. GERRICK:
21 Q   Did it appear to you like he was speaking in a
22 comforting tone, like he was trying to comfort her? Was
23 that your impression?
24 A   If you're referring to the comment about,
25 please go back -- go back inside of the house reference,

Page 43

1  I believe it was Officer Todaro that said that.
2  Q   He said --
3  A   It sounded like it.
4  Q   Oh, I --
5  A   I could be wrong. I'm just basing on what I
6  heard in the video.
7  Q   Okay. I may be mistaken. All right. I
8  thought he was saying that. It looks --
9  A   It's possible. I have to hear it again, but
10 it sounded like Officer Todaro's voice that I heard say
11 that, just based on working with him in the past.
12 Q   Okay. Why would Officer Todaro have told the
13 girls to go back inside the house?
14 A   Clearly we don't -- there's something dramatic
15 going on for this child, and our goal is not to have her
16 stare at this dramatic situation and make it worse for
17 them.
18 Q   Great. Thank you.
19           (Video Exhibit Played.)
20 BY MS. GERRICK:
21 Q   All right. So, at this point, did you hear
22 her say he had -- the little girl say he hasn't done
23 anything; it was my fault?
24 A   She said something that I -- I don't -- she
25 was screaming -- screaming and crying at the same time.

Page 44

1  Q   All right. And at this point, it's like the
2  -- you see the woman picking the little girl up; is that
3  correct?
4  A   Yes, ma'am.
5  Q   And so what did you think that the girl's
6  relationship to the woman was?
7  A   I mean, I -- I assumed it was a mother or
8  caretaker. Later in my discussion, I -- I confirmed it
9  that it was the mother. But at that moment --
10 Q   Thank you.
11 A   -- it was a female inside the house that
12 seemed to be doing something to try to help comfort that
13 child that needed help.
14 Q   Great. Thank you. And did you have any
15 assumption about who the man was in relation to the
16 mother and the girl?
17 A   I think at that point I did not. I can't
18 remember if she screamed dad or something. I can't
19 remember when she had screamed it, but when I first
20 arrived, no, I -- I did not know.
21 Q   Okay. So, you see the woman pick her up, you
22 assume that that's her mother. At this point, what did
23 you believe you had reasonable suspicion of?
24 A   An alleged child abduction because that's what
25 was announced on the police radio. And there was