**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
EXHIBIT 18**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**+ + + + +**

_____
                                          :
**IN THE MATTER OF:**                     :
                                          :
**JARED FISHMAN,**                        :   Case No.
                                          :   1:21-cv-01847-RJL
    **Plaintiff,**                      :
                                          :
        **v.**                      :
                                          :
**DISTRICT OF COLUMBIA,**                 :
**PATRICK LOFTUS, MARCK**                 :
**JAEGER, JEREMY BRADY,**                 :
**MICHAEL TONG, & CHRISTOPHER**           :
**TODARO,**                               :
                                          :
    **Defendants.**                    :
_____:

        **Monday,**
        **October 23, 2023**

        **via Video Teleconference**

**DEPOSITION OF:**

        **JARED FISHMAN**

**called for examination by Counsel for the Plaintiff, pursuant to Notice of Deposition, via Video Teleconference, when were present on behalf of the respective parties:**

40

1  guy doesn't know what he's talking about"?  Do
2  you remember saying that?
3     A    Yes.
4     Q    And what guy were you referring to,
5  sir?
6     A    I was referring to the taxi driver in
7  the black SUV.
8     Q    The taxi driver in the black --
9         (Simultaneous speaking)
10    A    I believe it was a car for hire.
11    Q    All right.  So one and the same?
12    A    The guy --
13        MR. GERSTEIN:  Objection --
14        (Simultaneous speaking)
15        THE WITNESS:  -- in the black SUV, if
16 I recall correctly, his license plate had for
17 hire on the tag.
18        BY MS. MULLEN:
19    Q    And this was the same man that
20 approached you while your car was parked?
21    A    I believe so.
22    Q    Okay.  And sitting here today, you

41

1  found nothing odd about him blocking your car?
2        MR. GERSTEIN:  Objection.
3        (Simultaneous speaking)
4        MR. GERSTEIN:  Asked and answered.
5  Jared, you've already answered that.
6        MS. MULLEN:  You can answer again.
7        THE WITNESS:  Yeah, I found it odd
8  that this man that had nothing to do with my
9  family was intervening.
10       BY MS. MULLEN:
11    Q    Okay.  And did you find it odd when he
12 approached you when your car was parked?
13    A    I did not find it odd when he asked me
14 how I was doing or what was going on, but I did
15 find it odd that he continued to remain
16 interested in the situation.
17    Q    Thank you.
18    A    Particularly, after I told him that it
19 was my child who was acting up.
20    Q    You clearly remember saying that?
21    A    I told him words to the effect that
22 this was my child who was acting up, yes.

42

1     Q    Thank you.  The next sentence in your
2  complaint, paragraph 1, it states, "A passerby
3  called the police.  And based on that call,
4  Officer Marck Jaeger, who was at a nearby
5  7-Eleven, drove to Fishman's house."  Do you know
6  that to be a true and correct statement?
7     A    I believe that to be true based on the
8  videos that were provided, yes.
9     Q    Thank you.  "There, Jaeger encountered
10 Fishman sitting on the front stoop."  Is that a
11 correct statement?
12    A    Yes.
13    Q    Shoeless?  That's correct?
14    A    Yes.
15    Q    And you were playing Bob Dylan's
16 Simple Twist of Fate on an acoustic guitar; is
17 that correct?
18    A    Yes.
19    Q    That's -- is there any irony that you
20 see there?
21       MR. GERSTEIN:  Objection.  I can't
22 decipher -- well, you can answer if you can

43

1  answer.  I'll withdraw my objection.
2        BY MS. MULLEN:
3     Q    Do you see any irony that you were
4  playing Bob Dylan's song a Simple Twist of Fate?
5     A    Yes, I do find it quite telling.
6     Q    Well, in that song, like so many of
7  his, he's wishing that things had turned out
8  differently.  So is that the irony that you're
9  sensing?
10       MR. GERSTEIN:  Objection, assumes a
11 fact that is most certainly not in evidence.  But
12 if you happen to know the lyrics, Jared, you can
13 go ahead and answer.
14       MS. MULLEN:  He was singing the song
15 or playing it on his guitar.  Do you know the
16 lyrics to that song?
17       THE WITNESS:  Not by heart.  But go
18 ahead if you have a particular lyric you would
19 like me to comment on.
20       MS. MULLEN:  It's like many of Bob
21 Dylan's songs.  I'm a huge fan of Bob Dylan.  I'm
22 assuming you are too.