**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
EXHIBIT 16**



DEPARTMENT OF JUSTICE | OFFICE OF THE INSPECTOR GENERAL

# INVESTIGATIVE SUMMARY | 24-002

**Findings of Misconduct by a then DOJ Trial Attorney for Conduct Prejudicial to the Government and Attempted Misuse of Position**

The Department of Justice (DOJ) Office of the Inspector General (OIG) initiated an investigation after receiving information from the DOJ Office of Professional Responsibility alleging that a then DOJ Trial Attorney engaged in behavior unbecoming of a federal employee during an investigation by local police in which the Trial Attorney was identified as a possible subject, and that the Trial Attorney made spontaneous statements about being a DOJ attorney in an attempt to influence the investigation. During the course of their investigation, the local police determined that the allegations were unfounded and no charges were filed by police.

The OIG investigation substantiated the allegation that the Trial Attorney engaged in conduct prejudicial to the government in violation of federal ethics regulations and DOJ policy when the Trial Attorney ignored the instructions of a local police officer. The OIG investigation also found that the Trial Attorney misused the Trial Attorney's position as a DOJ attorney in an attempt to influence the police investigation when the Trial Attorney made reference to being a DOJ attorney while being questioned in handcuffs by police, in violation of federal ethics regulations.

The Trial Attorney resigned while the OIG's investigation was ongoing.

The OIG has completed its investigation and provided its report to the Trial Attorney's employing division for its information and to DOJ's Professional Misconduct Review Unit for appropriate action.



★ ★ ★

Unless otherwise noted, the OIG applies the preponderance of the evidence standard in determining whether DOJ personnel have committed misconduct.

Posted to oig.justice.gov on October 17, 2023