UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JARED FISHMAN,** )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**THE DISTRICT OF COLUMBIA, and** )<br>**LIEUTENANT PATRICK LOFTUS,** )<br>**OFFICER MARCK JAEGER,** )<br>**OFFICER JEREMY BRADY,** )<br>**OFFICER MICHAEL TONG, and** )<br>**OFFICER CHRISTOPHER TODARO,** )<br>of the Metropolitan Police Department, )<br>)<br>**Defendants** )<br>) | Civil Case No. 21-1847 (RJL) |

**ORDER**
March 12, 2025 [Dkt. ##47, 54]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that Plaintiff's Motion for Partial Summary Judgment [Dkt. #47] is **GRANTED**. It is further

**ORDERED** that Defendants' Motion for Summary Judgment [Dkt. #54] is **DENIED**.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge